**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**SWAROVSKI AKTIENGESELLSCHAFT AND SWAROVSKI NORTH AMERICA LIMITED,**

***Plaintiffs*,**

**v.**

**THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**

***Defendants*.**

**CIVIL ACTION NO. 1:20-cv-01690**

**JURY TRIAL DEMANDED**

**PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Local Rule 26.2, this Court may, for good cause shown, enter an order directing that one or more documents be filed under seal. Good cause exists here to temporarily seal certain documents submitted in support of Plaintiffs' Original Complaint. Specifically, Schedule A to the Original Complaint includes information that identifies the Defendants' commercial internet stores that are selling counterfeit Swarovski products. It has been well established that, if such Defendants receive early notice of a lawsuit before injunctive relief can be effectuated, those Defendants take steps to move assets beyond the reach of the Court's jurisdiction, destroy evidence, and/or open a new online store under a different alias. *See In re Vuitton Et Fils S.A.*, 606 F.2d 1, 4-5 (2nd Cir. 1979); *Columbia Pictures Indus. v. Jasso*, 927 F. Supp. 1075, 1077 (N.D. Ill. 1996). In other words, if the Defendants receive notice of this suit before injunctive relief has been obtained, Plaintiffs will be deprived of any effective remedy and further prosecution of this action will be rendered fruitless. *See Columbia Pictures Indus.*, 927 F. Supp. at 1077.

To avoid that result, Plaintiffs respectfully and for good cause shown request that Schedule A of the Original Complaint be sealed by the Court. But if Plaintiffs are successful in obtaining an *ex parte* temporary restraining order and after it has been served on the relevant parties and ordered actions taken, Plaintiffs will further move the Court to unseal this document.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion for Leave to File Under Seal in its entirety, enter an order sealing Schedule A of the Original Complaint, and grant Plaintiffs all other relief to which they are entitled.

Dated: March 9, 2020

*/s/Sankalp Kandaswamy*
**Sankalp Kandaswamy**
sankalp.kandaswamy@bakermckenzie.com
**Shima S. Roy**
shima.roy@bakermckenzie.com
**BAKER McKENZIE**
300 East Randolph Street, Suite 5000
Chicago, Illinois 60601
Telephone: 312-861-8000
Facsimile: 312-861-2899

**W. Bart Rankin** *(pro hac vice* pending)
w.rankin@bakermckenzie.com
**BAKER McKENZIE**
1900 North Pearl Street, Suite 1500
Dallas, Texas, 75201
Telephone: 214-978-3000
Facsmile: 214-978-3099

ATTORNEYS FOR SWAROVSKI AKTIENGESELLSCHAFT AND SWAROVSKI NORTH AMERICA LIMITED