# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Swarovski Aktiengesellschaft and Swarovski North America Limited, | § § § | |
| Plaintiffs, | § § § | |
| v. | § § § | CIVIL ACTION NO. 1:20-cv-01690 |
| | § | JURY TRIAL DEMANDED |
| Anngill Official Store, et al., | § § | |
| Defendants. | § § § | |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs dismiss this action with prejudice as to the following Defendants:

| Defendant's Name | Line of Schedule A |
|---|---|
| Movan | 2 |
| SS of the Small Grocery Store | 44 |
| Dariopeta | 45 |
| Chinese Shenzhen Gaode Trading Co | 12 |
| FactoryStore2016 | 29 |
| Brandtomsunglasses | 55 |

These Defendants have neither served an answer or a motion for summary judgment.

| | |
|---|---|
| Dated: July 10, 2020 | */s/Sankalp Kandaswamy* |
| | **Sankalp Kandaswamy** |
| | sankalp.kandaswamy@bakermckenzie.com |
| | **Shima S. Roy** |
| | shima.roy@bakermckenzie.com |
| | **BAKER McKENZIE** |
| | 300 East Randolph Street, Suite 5000 |
| | Chicago, Illinois 60601 |
| | Telephone: 312-861-8000 |
| | Facsimile: 312-861-2899 |
| | |
| | **W. Bart Rankin** |
| | w.rankin@bakermckenzie.com |
| | **BAKER McKENZIE** |
| | 1900 North Pearl Street, Suite 1500 |
| | Dallas, Texas, 75201 |
| | Telephone: 214-978-3000 |
| | Facsmile: 214-978-3099 |
| | |
| | ATTORNEYS FOR SWAROVSKI AKTIENGESELLSCHAFT AND SWAROVSKI NORTH AMERICA LIMITED |